```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/14/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LUIGI ABREU**, *individually, and on behalf of all others similarly situated*,

                      **Plaintiff,**

-against-

**OMG ACCESSORIES, LLC,**

                      **Defendant.**

22-cv-1522 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and with prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated:    June 14, 2022
              New York, New York

                                                      _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**